UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

| | | |
|---|---|---|
| JEFFERY WALKER, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 09-74-ART |
| | ) | |
| v. | ) | |
| | ) | **JUDGMENT** |
| SUZANNE R. HASTINGS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

\*\*   \*\*   \*\*   \*\*   \*\*

In accordance with the Memorandum Opinion and Order entered this date, it is **ORDERED** and **ADJUDGED** as follows:

(1)   Judgment is hereby entered in favor of the defendants.

(2)   The claims asserted in this action by the plaintiff are **DISMISSED WITH PREJUDICE**;

(3)   This matter **IS STRICKEN** from the Court's active docket;

(4)   This is a **FINAL** and **APPEALABLE** Judgment; further, there is no just cause for delay; and

(5)   The Court **CERTIFIES** that any appeal would not be taken in good faith.

This the 4th of September, 2009.



Signed By:
*Amul R. Thapar*  AT
United States District Judge